ZOE NEDDO, Appellant, *v.* THE VILLAGE OF TICONDEROGA, Respondent.

Reported below, 77 Hun, 524.
(Argued December 13, 1895; decided December 19, 1895.)

. APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 8, 1894, which affirmed a judgment in favor of defendant dismissing the complaint on trial at Circuit.

*Francis A. Smith* for appellant.

*Chester B. McLaughlin* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

FRANK H. PETTEE, Respondent, *v.* MARY H. PETTEE, Appellant.

Reported below, 77 Hun, 595.
(Argued December 13, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 8, 1894, which affirmed a judgment in favor of plaintiff entered upon an order confirming the report of a referee.

*Francis A. Smith* for appellant.

*Chester B. McLaughlin* for respondent.

. Judgment affirmed, with costs; no opinion.
All concur, except O'BRIEN, J., not voting.